**Order entered June 4, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-21-00175-CV
No. 05-21-00343-CV
No. 05-21-00352-CV

**BRIDGET PARSON A/K/A BRIDGET BROWN PARSON, Appellant**

**V.**

**BECKY COLE, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-01563-B**

**ORDER**

Appellant has filed a notice stating that she has filed for bankruptcy in the United States Bankruptcy Court. This automatically suspends further action in these appeals. *See* TEX. R. APP. P. 8.2.

Accordingly, we **ABATE** these appeals. They may be reinstated on prompt motion by any party complying with Rule 8.3 and specifying what further action, if any, is required from this Court. *See id*. 8.3.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE